IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02290-CMA-CBS

BEN BROOKHART,

    Plaintiff,

v.

ADT SECURITY SERVICES, INC.,

    Defendant.

## ORDER

THIS MATTER IS before the court pursuant to D.C.COLOL.CivR 83.3, D.C.COLOL.CIVR. 5.6, and the Electronic Case Filing Procedures Section III.B.1.  A review of the docket and file indicates that Attorneys Brian Conley Vick and Kacy Lynn Hunt have entered an appearance in the above captioned matter but have not registered with the Court's Electronic Filing System.  Accordingly,

IT IS ORDERED that on or before **November 2, 2009**, Mr. Vick and Ms. Hunt shall either (1) register for electronic filing (information as how to do so may be found on the Court's website at www.cod.uscourts.gov or by contacting the help desk at 303-335-2050) or (2) request permission to remain a paper filer in accordance with Electronic Case Filing Procedures Section II.

DATED at Denver, Colorado, this 26th day of October, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge